**VERVE LLC, Plaintiff/Counterclaim Defendant–Appellant,**

**and**

**Raymond M. Galasso, Kevin R. Imes, and Simon, Galasso & Frantz PLC, Counterclaim Defendants,**

**v.**

**HYPERCOM CORPORATION, Defendant/Counterclaimant–Appellee.**

**No. 2006–1469.**

United States Court of Appeals, Federal Circuit.

May 11, 2007.

## ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

**Malcolm S. KIMBROUGH, Petitioner,**

**v.**

**DEPARTMENT OF DEFENSE, Respondent.**

**No. 2007–3178.**

United States Court of Appeals, Federal Circuit.

May 11, 2007.

Malcolm S. Kimbrough, pro se.

## ORDER

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.